UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA STONE ) | |
|     PLAINTIFF ) | |
| VS. ) | CIVIL ACTION |
| ) | NO. 05-11813 REK |
| ALBERT C. McMINOWAY, III ) | |
|     DEFENDANT ) | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as attorney for ALBERT C. McMINOWAY, III, defendant in the above-referenced action.

                            ALBERT C. McMINOWAY, III
                            BY HIS ATTORNEY:

                            _____
                            Peter A. Palmer, Esquire
                            Fuller, Rosenberg, Palmer & Beliveau, LLP
                            340 Main Street, Suite 817
                            Worcester, MA 01608
                            (508) 751-5115
                            BBO#551117

September 14, 2005

CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing document upon the parties to this action by mailing a copy thereof, first class, postage prepaid, to the following counsel of record:

    Alan R. Goodman, Esquire
    1350 Main Street, 12th Floor
    Springfield, MA 01103

                              _____
                            Peter A. Palmer, Esquire
                            Fuller, Rosenberg, Palmer & Beliveau, LLP
                            340 Main Street, Suite 817
                            Worcester, MA 01608
                            (508) 751-5115
September 14, 2005          BBO#551117