UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-11813-REK

REGINA STONE,
        Plaintiff,

vs.

ALBERT C. McMINOWAY, III,
        Defendant.

PARTIES' PROPOSED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Now come the parties, by and through respective counsel, and hereby submit the following Joint Statement regarding a proposed pretrial schedule.

## A. JOINT DISCOVERY PLAN

The parties propose that Phase I of the discovery process in this case include the exchange of written discovery between the parties, pursuant to Federal Rule of Civil Procedure 26(A), and all non-expert depositions necessary to develop information for a realistic assessment of the case. If necessary, Phase II will be directed at information necessary to prepare for trial.

### PHASE I

    a.    Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(A), will be filed by the parties within thirty days after the initial scheduling conference.

b.   Phase I of the discovery period will commence on **December 1, 2005** and be completed by **July 1, 2006**.

c.   **May 1, 2006:** Completion of responses to first sets of interrogatories and requests for production of documents. Without prior leave, the parties are limited to 25 Interrogatories and two (2) sets of Requests for Production of Documents.

d.   **September 1, 2006:** Completion of depositions of all non-expert witnesses.

e.   **November 1, 2006:** Completion of expert witness interrogatories by Plaintiff. **December 1, 2006:** Completion of expert witness interrogatories by defendant.

## PHASE II

a.   The parties propose that Phase II of the discovery period commence on **December 1, 2006.**

b.   **November 1, 2006:** Plaintiff shall provide identification of trial experts and disclosure of information required pursuant to Fed. R. Civ. Proc. 26(a)(2)(B).

      **December 1, 2006:** Defendant shall provide identification of trial experts and disclosure of information required pursuant to Fed. R. Civ. Proc. 26(a)(2)(B).

c.    **July 1, 2007:** Completion of expert witness depositions.

d.    The parties propose that no more than twenty five (25) requests for admissions be served no later than 30 days prior to trial and answered no later than 15 days prior to trial.

## B. PROPOSED SCHEDULE FOR FILING OF MOTIONS AND PRE-TRIAL CONFERENCE

a.    Dispositive Motions, including motions pursuant to Federal Rule of Civil Procedure 56, be filed on or before **January 1, 2007** and be responded to no later than **February 1, 2007.** Any reply memorandum must then be served not later than 15 days after receipt of the opposition.

b.    The parties propose that all non-dispositive motions, including joinder of parties and any amended pleadings be filed by **September 1, 2006**.

c.    The parties propose that a Case Management and/or Settlement Conference

        be held 30 days after the Court rules upon Rule 56 motions or, if no such motions are filed and if discovery and scheduling occur as proposed, then 30 days after Rule 56 motions were to have been filed.

d.       The parties propose that a final pre-trial conference will be held on a date to be determined by the court.

### C. OTHER ISSUES

a.       The disclosures required by Fed. R. Civ. Proc. 26(a)(3) shall be made 30 days prior to the date established for the Final Pretrial Conference.

b.       There are currently pending in state court criminal charges against the Defendant for OUI, which may delay discovery if he pleads the fifth when responding to discovery.

### D. TRIAL BY MAGISTRATE

The parties respectfully decline to consent to trial by magistrate.

### E. SETTLEMENT

The Plaintiff has demanded $500,000 in settlement of her claims against the Defendant. Defendant has a $100,000 liability policy with Commerce.

Dated:  10/31/05

THE PLAINTIFF

By: _____
Alan R. Goodman, Esquire
A Good Law Firm
Whitcomb Building.
32 Hampden Street, Suite 2
Springfield, MA 01103-1127
(413) 736-1616
(413) 736-4861 FAX
BBO# 201620

THE DEFENDANT

By: _____
Peter A. Palmer, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5115
BBO#: 551117

## CERTIFICATE OF SERVICE

I, Alan R. Goodman, Esquire, hereby certify that on this __31st__ day of __October__, 2005, I caused the foregoing document to be served upon the parties to this matter by mailing same, postage prepaid, to: Peter A. Palmer, Esquire, Fuller, Rosenberg, Palmer & Beliveau, 340 Main Street, Suite 817, Worcester, MA 01608.

_____
Alan R. Goodman, Esquire