UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11813-REK

| | |
|---|---|
| REGINA STONE,<br>　　　Plaintiff,<br><br>vs.<br><br>ALBERT C. McMINOWAY, III,<br>　　　Defendant. | CERTIFICATION |

We, Alan R. Goodman, Esquire and Regina Stone hereby certify and affirm that we have conferred in regard to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation and to consider the resolution of the litigation through the use of alternative dispute resolution.

Dated: October 31, 2005　　　　By: _/s/ Alan Goodman_

Alan R. Goodman, Esquire
A. Good Law Firm
Whitcomb Building
32 Hampden Street, Suite 2
Springfield, MA 01103-1127
(413) 736-1616
(413) 736-4861 FAX
**BBO # 201620**

_/s/ Regina Stone_
Regina Stone