UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Regina Stone
        Plaintiff

v.                                                                 Civil Action No. 05-11813-REK

Albert C. McMinoway, III
        Defendant

SETTLEMENT ORDER OF DISMISSAL

KEETON, S.D.J.

     The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

                                                                    By the Court,

                                                                    /S/ Karen P. Folan

 11/10/05                                                               _____
  Date                                                                   Karen P. Folan
                                                                           Deputy Clerk