UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-11813-REK

| | |
|---|---|
| REGINA STONE, <br>     Plaintiff, <br><br> vs. <br><br> ALBERT C. McMINOWAY, III, <br>     Defendant. | STIPULATION OF DISMISSAL <br> WITH PREJUDICE AS TO <br> ALL PARTIES |

The parties to the above-entitled action, pursuant to the provisions of F.R.C.P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice as to all parties.

Dated: 01/06/2006                                  THE PLAINTIFF

                                                By:  s/Alan R.Goodman
                                                    Alan R. Goodman, Esquire
                                                    A Good Law Firm
                                                    Whitcomb Building.
                                                    32 Hampden Street, Suite 2
                                                    Springfield, MA 01103-1127
                                                    (413) 736-1616
                                                    (413) 736-4861 FAX
                                                    BBO# 201620

                                                      THE DEFENDANT

                                                By:  s/Peter A. Palmer
                                                    Peter A. Palmer, Esquire
                                                    Fuller, Rosenberg, Palmer & Beliveau
                                                    340 Main Street, Suite 817
                                                    Worcester, MA 01608
                                                    (508) 751-5115
                                                    BBO#: 551117